**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt**

**In re**

**MEXICAN GROUP INVESTMENTS, LLC** **Case No. 13-15103**

**Chapter 7**

**Debtors**

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Claim #1<br>Internal Revenue Service<br>Centralized Insolvency Section<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $392.78 |
| Claim #8<br>Angel Navarro<br>7408 Lake Glen Drive<br>Glen Dale, MD 20769 | $4,239.97 |

Dated: March 7, 2017

/s/ Janet M. Nesse Ch 7
Janet M. Nesse Ch 7, Trustee
6411 Ivy Lane
Suite 200
Greenbelt, Maryland 20770

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to Office of the U.S. Trustee, on March 7, 2017.