UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

In re: §
§
§
MEXICAN GROUP INVESTMENTS, LLC § Case No. 13-15103
§
Debtor §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Janet M. Nesse Ch 7, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 195,000.00             Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 553,761.48    Claims Discharged
                                                Without Payment: 4,239.11

Total Expenses of Administration: 154,988.52

3) Total gross receipts of $ 708,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 708,750.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 175,291.00 | $ 941,335.31 | $ 889,216.92 | $ 548,478.73 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 160,618.02 | 154,988.52 | 154,988.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 650.00 | 650.00 | 650.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 7,677.65 | 7,677.65 | 392.78 |
| **TOTAL DISBURSEMENTS** | $ 175,291.00 | $ 1,110,280.98 | $ 1,052,533.09 | $ 704,510.03 |

4) This case was originally filed under chapter 11 on 03/25/2013, and it was converted to chapter 7 on 10/03/2013. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/05/2017           By: /s/Janet M. Nesse Ch 7
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5006 and 5014 Edmonston Road, Hyattsville, MD | 1110-000 | 245,000.00 |
| 5701 Riverdale Road, Riverdale, MD | 1110-000 | 463,000.00 |
| Refund of unused legal fees for Sale of Properties | 1290-000 | 750.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 708,750.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | BB&T Bankruptcy Section | 4110-000 | NA | 310,597.12 | 260,000.00 | 0.00 |
| 9 | Branch Banking and Trust Company | 4110-000 | NA | 550,000.00 | 373,187.73 | 373,187.73 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Prince Georges County, Maryland | 4110-000 | NA | 9,243.45 | 9,243.45 | 0.00 |
| 11 | Prince Georges County, Maryland | 4110-000 | NA | 1,471.82 | 1,471.82 | 0.00 |
| 12 | Prince Georges County, Maryland | 4110-000 | NA | 7,476.30 | 7,476.30 | 0.00 |
| 13 | Prince Georges County, Maryland | 4110-000 | NA | 2,913.57 | 2,913.57 | 0.00 |
| 2 | Prince Georges County, Maryland | 4110-000 | NA | 20,266.00 | 20,266.00 | 0.00 |
| 3 | Prince Georges County, Maryland | 4110-000 | NA | 7,932.35 | 7,932.35 | 0.00 |
| 4 | Prince Georges County, Maryland | 4110-000 | NA | 9,291.87 | 9,291.87 | 0.00 |
| 5 | Prince Georges County, Maryland | 4110-000 | NA | 9,889.27 | 9,889.27 | 0.00 |
| 6 | Prince Georges County, Maryland | 4110-000 | NA | 1,571.19 | 1,571.19 | 0.00 |
| 16 | Prince George"s County, Maryland | 4110-000 | NA | 10,682.37 | 10,682.37 | 0.00 |
|  | Vivian Shih | 4120-000 | 175,291.00 | 0.00 | 175,291.00 | 175,291.00 |
| **TOTAL SECURED CLAIMS** |  |  | $ 175,291.00 | $ 941,335.31 | $ 889,216.92 | $ 548,478.73 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet M. Nesse, Ch 7 Trustee | 2100-000 | NA | 38,687.50 | 38,687.50 | 38,687.50 |
| Insurance Partners Agency Inc. | 2300-000 | NA | 538.16 | 538.16 | 538.16 |
| Janet M. Nesse, Chapter 7 Trustee, Seller | 2500-000 | NA | 42,194.04 | 42,194.04 | 42,194.04 |
| P.G. County | 2500-000 | NA | 31,804.19 | 31,804.19 | 31,804.19 |
| Union Bank | 2600-000 | NA | 8,860.75 | 8,860.75 | 8,860.75 |
| McNamee Hosea Jernigan Kim Greenan & Lynch | 3110-000 | NA | 8,334.50 | 7,500.00 | 7,500.00 |
| McNamee Hosea Jernigan Kim Greenan & Lynch | 3120-000 | NA | 23.48 | 23.48 | 23.48 |
| Stinson Leonard Street LLP | 3210-000 | NA | 24,795.00 | 20,000.00 | 20,000.00 |
| Larry Strauss Esq. & Associates | 3310-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| Stinson Leonard Street LLP | 3420-000 | NA | 380.40 | 380.40 | 380.40 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 160,618.02 | $ 154,988.52 | $ 154,988.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Office of the US Trustee | 5800-000 | NA | 650.00 | 650.00 | 650.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 650.00 | $ 650.00 | $ 650.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Prince George"s County, Maryland | 7100-000 | NA | 3,045.76 | 3,045.76 | 0.00 |
| 1 | Internal Revenue Service | 7100-001 | NA | 4,631.89 | 4,631.89 | 392.78 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 7,677.65 | $ 7,677.65 | $ 392.78 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 13-15103 | TJC | Judge: | Thomas J. Catliota | Trustee Name: | Janet M. Nesse Ch 7 |
|---|---|---|---|---|---|---|
| Case Name: | MEXICAN GROUP INVESTMENTS, LLC | | | | Date Filed (f) or Converted (c): | 10/03/2013 (c) |
| | | | | | 341(a) Meeting Date: | 11/12/2013 |
| For Period Ending: | 05/05/2017 | | | | Claims Bar Date: | 02/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5701 Riverdale Road, Riverdale, MD | 300,000.00 | 436,300.00 | | 463,000.00 | FA |
| 2. 5006 and 5014 Edmonston Road, Hyattsville, MD | 195,000.00 | 245,000.00 | | 245,000.00 | FA |
| 3. 5014 Edmonston Road, Hyattsville, MD | 170,000.00 | 170,000.00 | | 0.00 | FA |
| 4. Refund of unused legal fees for Sale of Properties (u) | Unknown | 750.00 | | 750.00 | FA |
| 5. Legal fees paid to David George (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6. 5006 Edmonston Road, Hyattsville, MD | 25,000.00 | 25,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $690,000.00         $877,050.00                 $708,750.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Tax issue pending.
Tax returns filed; Working with secured creditors on extent and priority liens.  - Stephanie Smentkowski 12/18/2015
Proposed TFR package emailed 2/5/16  - Stephanie Smentkowski 2/5/2016
TFR Filed with Court 3/7/16  - Stephanie Smentkowski 3/7/2016
Awaiting all distribution checks to post for TDR  - Stephanie Smentkowski 7/18/2016
Report of Unclaimed Funds filed with Court 3/7/17 - smilner 3/7/2017
TDR Package filed sent to UST 4/12/17 - smilner 4/12/2017

| RE PROP # | 2 | -- | **Sold together in one sales transaction. Please see Trustee's Report of Sale, Docket 142. |
| RE PROP # | 4 | -- | Refund of Unused Legal Fees During Settlement of Sale of Real Properties. |
| RE PROP # | 5 | -- | In conjunction with Adversary Proceeding: 14-00072, filed on 2/4/2014, Nesse v. David George. Researching information on Mr. George to try to identify assets.  - Stephanie Smentkowski 12/18/2015 |

Initial Projected Date of Final Report (TFR): 06/30/2015         Current Projected Date of Final Report (TFR): 06/30/2016

UST Form 101-7-TDR (10/1/2010) (Page: 7)

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-15103  
Case Name: MEXICAN GROUP INVESTMENTS, LLC  
Taxpayer ID No: XX-XXX3991  
For Period Ending: 05/05/2017

Trustee Name: Janet M. Nesse Ch 7  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX7285  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/11/14 | | Kensington Vangurard National Land Services LLC<br>Maryland Master Escrow<br>39 W. 37th Street.<br>FL. 3<br>New York, NY 10018-2329 | Property sold 5006 and 5014 Edmonston Road/Hyattsville | | $213,195.81 | | $213,195.81 |
| | | | Gross Receipts $245,000.00 | | | | |
| | | P.G. County | Deed Transfer Taxes, Recordation Tax and unpaid taxes - Less Seller Credits ($31,804.19) | 2500-000 | | | |
| | 2 | | 5006 and 5014 Edmonston Road, Hyattsville, MD $245,000.00 | 1110-000 | | | |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $194.21 | $213,001.60 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $316.83 | $212,684.77 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $306.28 | $212,378.49 |
| 01/12/15 | | Kensington Vanguard National Land Services, LLC<br>39 W. 37th Street, Floor 3<br>New York, New York 10018-2329 | Sale of property | | $420,805.96 | | $633,184.45 |
| | | | Gross Receipts $463,000.00 | | | | |
| | | Janet M. Nesse, Chapter 7 Trustee, Seller | Settlement charges to seller - less Seller credits ($42,194.04) | 2500-000 | | | |
| | 1 | | 5701 Riverdale Road, Riverdale, MD $463,000.00 | 1110-000 | | | |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $316.02 | $632,868.43 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $416.45 | $632,451.98 |

Page Subtotals: $634,001.77  $1,549.79

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-15103 | Trustee Name: | Janet M. Nesse Ch 7 |
|---|---|---|---|
| Case Name: | MEXICAN GROUP INVESTMENTS, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX7285 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3991 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 05/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $849.52 | $631,602.46 |
| 03/27/15 | 4 | Kensington Vanguard National Land Services, LLC 39 W. 37th Street, Floor 3 New York, New York 10018-2329 | Refund of legal fee excess. | 1290-000 | $750.00 | | $632,352.46 |
| 03/27/15 | 101 | Insurance Partners Agency Inc. 26865 Center Ridge Road Westlake, OH 44145 | 2015 Bond Payment Policy # 3792895 | 2300-000 | | $538.16 | $631,814.30 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $939.77 | $630,874.53 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $908.59 | $629,965.94 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $937.41 | $629,028.53 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $905.85 | $628,122.68 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $934.71 | $627,187.97 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $933.26 | $626,254.71 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $901.85 | $625,352.86 |
| 04/05/16 | 102 | Janet M. Nesse Assignee for Stinson Leonard Street 1775 Pennsylvania Ave NW Suite 800 Washington, DC 20006 | Distribution - Per Order 169 | | | $20,380.40 | $604,972.46 |
| | | Stinson Leonard Street LLP | | ($380.40) | 3420-000 | | |

| | | | Page Subtotals: | | $750.00 | $28,229.52 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | Exhibit 9 |
|---|---|---|---|
| Case No: 13-15103 | | Trustee Name: Janet M. Nesse Ch 7 | |
| Case Name: MEXICAN GROUP INVESTMENTS, LLC | | Bank Name: Union Bank | |
| | | Account Number/CD#: XXXXXX7285 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX3991 | | Blanket Bond (per case limit): $3,000,000.00 | |
| For Period Ending: 05/05/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Stinson Leonard Street LLP | ($20,000.00) | 3210-000 | | | |
| 04/05/16 | 103 | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770 | Distribution - Per Order 169 | | | $7,523.48 | $597,448.98 |
| | | McNamee Hosea Jernigan Kim Greenan & Lynch | ($7,500.00) | 3110-000 | | | |
| | | McNamee Hosea Jernigan Kim Greenan & Lynch | ($23.48) | 3120-000 | | | |
| 04/05/16 | 104 | Janet M. Nesse, Chapet 7 Trustee<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770 | Distribution - Per Order 169 | 2100-000 | | $38,687.50 | $558,761.48 |
| 04/07/16 | 105 | Vivian Shih<br>Charles &Vivian Shih<br>C/O John J. Yim, Esquire<br>7600 Leesburg Pike<br>East Building, Ste. 470<br>Falls Church, VA 22043 | Distribution | 4120-000 | | $175,291.00 | $383,470.48 |
| 04/07/16 | 106 | Branch Banking and Trust Company<br>Branch Banking and Trust Company<br>c/o Robert E. Greenberg, Esquire<br>5335 Wisconsin Ave., N.W.<br>Suite 600<br>Washington, DC 20015 | Distribution | 4110-000 | | $373,187.73 | $10,282.75 |
| 04/07/16 | 107 | Larry Strauss, Esq. & Associates<br>Larry Strauss, Esq. & Associates<br>c/o Larry Strauss 2310 Smith Avenue<br>Baltimore, MD  21209-2611 | Distribution | 3310-000 | | $5,000.00 | $5,282.75 |
| 04/07/16 | 108 | Office of the US Trustee<br>Office of the US Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770 | Distribution | 5800-000 | | $650.00 | $4,632.75 |

Page Subtotals: $0.00  $600,339.71

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-15103  
Case Name: MEXICAN GROUP INVESTMENTS, LLC  
Taxpayer ID No: XX-XXX3991  
For Period Ending: 05/05/2017  

Trustee Name: Janet M. Nesse Ch 7  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX7285  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | 109 | Internal Revenue Service<br>Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA  19114 | Distribution | 7100-001 | | $392.78 | $4,239.97 |
| 04/07/16 | 110 | Angel Navarro<br>Angel Navarro<br>7408 Lake Glen Drive<br>Glen Dale, MD 20769 | Distribution | 7100-001 | | $4,239.97 | $0.00 |
| 08/25/16 | 105 | Vivian Shih<br>Charles &Vivian Shih<br>C/O John J. Yim, Esquire<br>7600 Leesburg Pike<br>East Building, Ste. 470<br>Falls Church, VA 22043 | Distribution  Reversal<br>Check never posted, Counsel for Shihs, Michael Herman, Esquire to pick up new check in Greenbelt Office on 8/26/16. | 4120-000 | | ($175,291.00) | $175,291.00 |
| 08/25/16 | 110 | Angel Navarro<br>Angel Navarro<br>7408 Lake Glen Drive<br>Glen Dale, MD 20769 | Distribution Reversal<br>Check never posted as of 8/25/16. SAS to try to contact creditor. | 7100-001 | | ($4,239.97) | $179,530.97 |
| 08/25/16 | 109 | Internal Revenue Service<br>Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA  19114 | Distribution Reversal<br>Check never posted as of 8/25/16. SAS to try to contact creditor. | 7100-001 | | ($392.78) | $179,923.75 |
| 08/25/16 | 111 | Charles and Vivian Shih<br>7421 Dulany Drive<br>McLean,, VA 22101 | Distribution<br>* To be picked up by Sophia Aroscoe, Paralegal to Michael Herman, Esq. | 4120-000 | | $175,291.00 | $4,632.75 |
| 03/07/17 | 112 | Clerk, U.S. Bankruptcy Court<br>6500 Cherrywood Lane<br>3rd Floor<br>Greenbelt, MD  20770 | Remit To Court<br>Claim # 1: IRS and Claim #8: Angel Navarro | | | $4,632.75 | $0.00 |
| | | Angel Navarro | | ($4,239.97) | 7100-001 | | |

Page Subtotals: $0.00   $4,632.75

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-15103
Case Name: MEXICAN GROUP INVESTMENTS, LLC
Taxpayer ID No: XX-XXX3991
For Period Ending: 05/05/2017

Trustee Name: Janet M. Nesse Ch 7
Bank Name: Union Bank
Account Number/CD#: XXXXXX7285
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Internal Revenue Service | ($392.78) | 7100-001 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $634,751.77 | $634,751.77 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $634,751.77 | $634,751.77 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $634,751.77 | $634,751.77 |

Page Subtotals: $0.00   $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7285 - Checking | $634,751.77 | $634,751.77 | $0.00 |
|  | $634,751.77 | $634,751.77 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $73,998.23 |
| Total Net Deposits: | $634,751.77 |
| Total Gross Receipts: | $708,750.00 |